# United States Court of Appeals for the Fifth Circuit

---

No. 25-50063
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

May 19, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

PATRICK DWAYNE ADAMS,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:24-CR-88-3

---

Before STEWART, GRAVES, and OLDHAM, *Circuit Judges*.

PER CURIAM:[*]

Patrick Dwayne Adams pleaded guilty to aiding and abetting the possession of marijuana with intent to distribute. On appeal, he contends that there was an insufficient factual basis for the guilty plea and that the district court failed to properly ensure that he understood the nature of the charge.

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-50063

We review for plain error.  *See United States v. Vonn*, 535 U.S. 55, 59 (2002).  In light of the entire record, Adams fails to show clear or obvious error.  *See United States v. Trejo*, 610 F.3d 308, 313 (5th Cir. 2010) (factual basis); *United States v. Cuevas-Andrade*, 232 F.3d 440, 444 (5th Cir. 2000) (nature of the charges).

The judgment of the district court is AFFIRMED.